JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 20-02686-CJC-JC                                    Date: May 14, 2020

Title: <u>ERIK MATTHEW TORREGANO v. FCA US, LLC, *et al.*</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND (Dkt. 9)**

On February 18, 2020, Plaintiff Erik Matthew Torregano brought this case in Los Angeles County Superior Court against Defendants FCA US, LLC and LA CDJR (which refers to the Los Angeles Chrysler Jeep Dodge Ram Dealership), asserting claims related to alleged defects in and repairs of a car manufactured by FCA US, LLC that Plaintiff purchased from LA CDJR. (Dkt. 1-3 [Complaint].) On March 23, 2020, Defendants removed to this Court. (Dkt. 1.) On May 12, 2020, Plaintiff moved to remand the case to state court. (Dkt. 9.) On May 13, 2020, Defendants filed a notice of non-opposition to Plaintiff's motion to remand. (Dkt. 10.) Having reviewed Plaintiff's motion, and also in light of Defendants' non-opposition, Plaintiff's motion is **GRANTED,** and this case is hereby **REMANDED** to Los Angeles County Superior Court. The hearing set for June 15, 2020 at 1:30 p.m. is hereby vacated and off calendar.

cb

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk GGA